**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN McGEE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN ORIENTAL BIOENGINEERING, INC., et al.,<br><br>Defendants. | Case No. CV 12-5476 FMO (SHx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Pending Motions, filed contemporaneously with the filing of this judgment, IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated this 23rd day of September, 2014.

/s/
Fernando M. Olguin
United States District Judge